# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ULYSSES HOLMES and LAPHADRA HOLMES,**

      **Plaintiffs,**

**v.**                                                 **Case No: 6:16-cv-1507-Orl-40KRS**

**CUSTOM CORNHOLE BOARDS INCORPORATED,**

      **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration after review of the matter *sua sponte*. In this case, Plaintiff filed two causes of action, one for unpaid overtime wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 215(a)(3), and one for Workers' Compensation Retaliation under the Florida Workers' Compensation Act (FWCA"), Fla. Stat. § 440.205. On May 22, 2017, I entered an Order requiring Plaintiff to show cause why this Court should not decline to exercise supplemental jurisdiction over the Workers' Compensation Retaliation claim. In response, Plaintiff has agreed that the Court should not exercise jurisdiction over that claim.

Accordingly, I respectfully **RECOMMEND** that the Court **DISMISS without prejudice** Count II of the Complaint so that Plaintiff may seek to bring it concurrently with his already pending state court negligence action.

Failure to file written objections to the proposed findings and recommendations contained in this Report and Recommendation within fourteen (14) days from the date of its filing shall bar an

aggrieved party from challenging on appeal the district court's order based on unobjected-to factual and legal conclusions.

Recommended in Orlando, Florida on June 19, 2017.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE