**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ULYSSES HOLMES and LAPHADRA
HOLMES,

        Plaintiffs,

v.                                                      Case No: 6:16-cv-1507-Orl-40KRS

CUSTOM CORNHOLE BOARDS
INCORPORATED,

        Defendant.
_____/

## ORDER

This cause is before the Court after a *sua sponte* review of Plaintiff's Complaint (Doc. 1) filed August 24, 2016. The United States Magistrate Judge has submitted a report recommending that the Court dismiss without prejudice Count II of the Complaint.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 20, 2017 (Doc. 61), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Count II of the Complaint (Doc. 1) is **DISMISSED without prejudice**.

**DONE AND ORDERED** in Orlando, Florida on July 7, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties