**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ULYSSES HOLMES and LAPHADRA
HOLMES,

        Plaintiffs,

v.                            Case No: 6:16-cv-1507-Orl-40KRS

CUSTOM CORNHOLE BOARDS
INCORPORATED,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on the parties' Renewed Joint Motion for Approval of Settlement and Motion for Dismissal with Prejudice (Doc. 74) filed on January 4, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 11, 2018 (Doc. 75), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court **FINDS** that the parties' Settlement Agreement and Release of FLSA Claims (Doc. 74-1) is a fair and reasonable resolution of a bona fide dispute under the FLSA.

3. The Renewed Joint Motion for Approval of Settlement and Motion for Dismissal with Prejudice (Doc. 74) is **GRANTED IN PART**. The Court declines to reserve jurisdiction to enforce the settlement agreement.

4. This case is **DISMISSED with prejudice**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 26, 2018.

*[Signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties